S. R. McCORKLE v. UNITED STATES of America.

No. 1400.

Circuit Court of Appeals, Tenth Circuit.

Sept. 24, 1936.

. J. M. Hill, of Tulsa, Okl., for appellant.

Paul O. Simms, Asst. U. S. Atty., of Tulsa, Okl.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee.